IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLARENCE LUKER, AIS #276254, | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 11-00341-CB-B |
| NICOLE STEELE, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge recommending that summary judgment be granted in favor of Nicole Steele, the only remaining defendant. (Doc. 124.) Plaintiff has not filed an objection to the Report and Recommendation. He has, however, filed a motion to transfer the case to the "district where case and warrant . . . was signed (sic)." (Doc. 125.)[1] The motion to transfer is **denied** because Escambia County, the place where the warrant was signed, is in the Southern District of Alabama. After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is hereby **ADOPTED** as the opinion of the Court. Accordingly, this action is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the 9th day of September, 2013.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**

---

[1] The motion to transfer is dated July 15, 2013, which is also the date the Report and Recommendation was entered. Therefore, it is apparent that the plaintiff was unaware of the Report and Recommendation when he filed his motion to transfer.